# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

| | |
|---|---|
| Robert Joseph Dale Clinkenbeard | ) |
| *Plaintiff* | ) |
| v. | ) |
| United States of America | ) |
| *Defendant* | ) |

Civil Action No.  20-CV-4012-LTS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   Judgment is entered in favor of the Defendant.

.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Leonard T Strand _____

on motion to vacate, set aside or correct sentence.

.

Date:  March 3, 2021 _____

CLERK OF COURT

*JH*   Deputy Clerk
_____
*Signature of Clerk or Deputy Clerk*